# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOVIS LAKES ASSOCIATES, LLC, ) | CIV-F-04-6253 AWI |
| ) | |
| Appellant, ) | ORDER DISMISSING APPEAL |
| ) | |
| v. ) | |
| ) | |
| REDBANK CREEK, LLC and WILLIAM ) | |
| NEARY ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

Appellant initiated an appeal from an order of the bankruptcy court on September 14, 2004. Doc. 1. The record on appeal was never competed. On April 5, 2006, Appellant filed a certificate requesting dismissal of the appeal as "this appeal has now been rendered moot." Doc. 10, at 1:27. Since the time of initial appeal, several financial transactions have taken place between the parties themselves and with third parties, resulting in a situation where the attorney for the Appellant represents "I do not believe that the court could grant effective relief to the parties if it were to reverse the order appealed from, because I do not believe it would be possible or desirable to 'unscramble' these transactions." Doc. 10, at 2:4-6.

Therefore, IT IS ORDERED that the appeal is DISMISSED.

IT IS SO ORDERED.

Dated: __April 14, 2006__              _____/s/ Anthony W. Ishii_____
0m8i78                                 UNITED STATES DISTRICT JUDGE

1